ORIGINAL

FILED

2008 JUL 24  PH 4:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  MICHAEL E. LASATER
   Assistant U.S. Attorney
3  California State Bar No. 057571
   Federal Office Building
4  880 Front Street, Rm. 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7082
   Michael.Lasater@usdoj.gov
6
7  Attorneys for Plaintiff
   United States of America
8
9                    UNITED STATES DISTRICT COURT
10                   SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          ) Criminal Case No 87cr0825IEG
                                       )
12              Plaintiff,             )
                                       )
13          v.                         ) GOVERNMENT'S MOTION TO DISMISS
                                       ) INDICTMENT AND RECALL ARREST
14  LUIS FRAGOSO, (5),                 ) WARRANT
         aka "Cholin"                  )
15  _____       )
                Defendant.             )

16          COMES NOW the United States of America, by and through its counsel, Karen P. Hewitt,

17  United States Attorney, and Michael E. Lasater, Assistant U.S. Attorney, and hereby moves this

18  Court to dismiss the Indictment against defendant LUIS FRAGOSO, aka "Cholin" filed in the

19  above-captioned case in the interest of justice, as the case is over 20 years old and witnesses have

20  retired or moved and are no longer available.

21          It is further requested that any warrants issued in this case be recalled.

22          DATED: July 23, 2008.

23                                      Respectfully submitted,

24                                      KAREN P. HEWITT
                                        United States Attorney
25
26
27                                      MICHAEL E. LASATER
                                        Assistant U.S. Attorney
28                                      Attorneys for Plaintiff
                                        United States of America
                                        Email: Michael.Lasater@usdoj.gov

CR