```
                                    FILED
                              2008 JUL 24  PM 4:06
                              CLERK US DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA

                           BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS FRAGOSO (5)<br>   aka "Cholin"<br><br>        Defendant. | Criminal Case No. 87cr0825IEG<br><br>ORDER OF DISMISSAL OF<br>INDICTMENT AND<br>WITHDRAWAL OF WARRANT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant LUIS FRAGOSO, aka "Cholin" is dismissed.

IT IS FURTHER ORDERED that any warrants issued in this case be recalled.

DATED: 7/24/08

_____
IRMA E. GONZALEZ
CHIEF JUDGE, U.S. DISTRICT COURT