# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 87CR825
              vs          )   ABSTRACT OF ORDER
                          )   Booking No. _____
Luis Fragoso (5)
aka Cholin

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/24/08
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

✓ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

RECEIVED 2008 JUL 25 AM 1:13 U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

IRMA E. GONZALEZ
UNITED STATES MAGISTRATE JUDGE

Received _____
      DUSM

W. SAMUEL HAMRICK, JR.    Clerk J. PARIS
by
                          Deputy Clerk

Crim-9  (Rev 6-95)                          ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY